# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO,<br><br>                      Plaintiff,<br><br>    v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, SUE BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>                      Defendants. | CASE NO. C19-943 MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE PAPERS UNDER SEAL |

The Court has considered Plaintiff's Motion to File Papers Under Seal, and hereby finds: Documents identified in Plaintiff's Motion may be sealed pursuant to Local Rule CR 5(g), and such records should not be subject to public disclosure. The public disclosure of these documents would be contrary to these state laws but would serve no public purpose or benefit.

It is hereby ORDERED:

The following documents shall be placed under Court seal, and shall not be disclosed to the public absent further order of the Court:

1. Excerpted hospital records (Murinko Decl., Ex. A and C)
2. Plaintiff's Person Centered Service Plan (Eaton Decl. Ex. B).

The clerk is ordered to provide copies of this order to all counsel.

Dated June 27, 2019.

Marsha J. Pechman
United States District Judge