The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. C19-00943-MJP<br><br>ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL |

The Court has considered Defendants' Stipulated Motion to File Documents Under Seal, and hereby finds: Documents identified in Defendants' Motion may be sealed pursuant to Local Rule CR 5(g), and such records should not be subject to public disclosure. The public disclosure of these documents would be contrary to these state laws, but would serve no public purpose or benefit.

It is hereby ORDERED:

The following documents shall be placed under court seal, and shall not be disclosed to the public absent further order of the Court:

ORDER GRANTING DEFS' STIPULATED
MOTION TO FILE DOCS UNDER SEAL
NO. C19-00943-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1. DDA Residential Rate Calculator regarding Plaintiff Shawn Murinko (Almquist Decl., Attach. A).

2. Mr. Murinko's Person Centered Service Plans (Almquist Decl., Attach. C, Pederson Decl., Attach G).

3. Declaration of Kristine Pederson discussing Mr. Murinko's health information.

4. Excerpted case notes discussing Mr. Murinko's health information (Pederson Decl., Attach. A).

5. Emails discussing Mr. Murinko's health information (Pederson Decl., Attach. B).

6. Mr. Murinko's Individualized Instruction & Support Plan (Pederson Decl., Attach. E).

7. Letter discussing Mr. Murkino's health information with attached Person Centered Service Plan (Krieger Decl. Attach. A).

Dated this 18th day of September, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General


NISSA IVERSEN, WSBA No. 46708
KATHRYN M. KRIEGER, WSBA No. 47037
Assistant Attorneys General
Attorneys for Defendant

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124

ORDER GRANTING DEFS' STIPULATED
MOTION TO FILE DOCS UNDER SEAL
NO. C19-00943-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Telephone: (360) 586-6565
Fax: (360) 586-6657
E-mail:  Nissa.Iversen@atg.wa.gov
         Kathryn.Krieger@atg.wa.gov

DISABILITY RIGHTS WASHINGTON

_____s/ *Susan Kas*_____
Sarah Eaton, WSBA #46854
Susan Kas, WSBA #36592
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: sarahe@dr-wa.org

PAUKERT & TROPPMANN, PLLC

_____s/*Andrew Biviano*_____
Andrew Biviano, WSBA # 38086
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Tel. (509) 232-7760; Fax (509) 232-7762
Email: abiviano@pt-law.com

Attorneys for Plaintiff

ORDER GRANTING DEFS' STIPULATED
MOTION TO FILE DOCS UNDER SEAL
NO. C19-00943-MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565