The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO, and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, SUE BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. 2:19-cv-00943-MJP<br><br><br><br>STIPULATED ORDER GRANTING JOINT MOTION TO AMEND ANSWER AND MODIFY SCHEDULING ORDER |

Before the Court is the parties' Joint Motion to Amend Answer and Modify Scheduling Order. The Court, having considered the motion, finds as follows:

(1) It is in the interest of justice for Defendants to amend their Answer; and

(2) There is good cause to extend the deadlines to join additional parties and file amended pleadings.

IT IS HEREBY ORDERED that the parties' Joint Motion to Amend Answer and Modify Scheduling Order and is GRANTED. Defendants may file their amended Answer, and the

ORDER GRANTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF-1
2:19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

deadlines to join additional parties and file amended pleadings are extended to November 15, 2019.

SIGNED and ENTERED this 17th day of October, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Susan Kas*
Susan Kas, WSBA #36592
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: susank@dr-wa.org

**PAUKERT & TROPPMANN, PLLC**

*/s/ Andrew Biviano*
Andrew Biviano, WSBA # 38086
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Tel. (509) 232-7760; Fax (509) 232-7762
Email: abiviano@pt-law.com

Attorneys for Plaintiffs

ORDER GRANTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF-2
2:19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ᐧ Fax: (206) 957-0729