UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO et al., | CASE NO. C19-943 MJP |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION |
| v. | |
| CHERYL STRANGE et al., | |
| Defendant. | |

THIS MATTER comes before the Court on Defendants' Motion for Reconsideration of the Minute Order Granting an Expedited Trial. (Dkt. No. 85.) Having reviewed the Motion, and construing Plaintiffs' Reply to the Response to the Motion to Expedite Trial Date (Dkt. No. 87) as a response to the Motion for Reconsideration,[1] the Court GRANTS Defendants' Motion.

The Court erred in granting Plaintiffs' Motion to Expedite Trial Date (Dkt. No. 67) by focusing on the potentially urgent concerns of Plaintiff, Shawn Murinko, while failing to consider the broader claims of Plaintiff, Disability Rights Washington. Defendants' Motion for

---

[1] (See Dkt. No. 87 at 1 (disputing the reasons listed in Defendants' Motion for Reconsideration).)

ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION - 1

Reconsideration is therefore GRANTED and the Minute Order Granting the Motion for Expedited Trial Date is STRICKEN. (Dkt. No. 76.) The original scheduling order (Dkt. No. 36) is restored. This Order is entered without prejudice to Plaintiffs; the Court will consider any additional briefing Plaintiffs may file concerning Mr. Murinko's services.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 25, 2019.

Marsha J. Pechman
United States District Judge