The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO, and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, SUE BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. 19-cv-00943-MJP<br><br>ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO FILE PAPERS UNDER SEAL<br><br>NOTED FOR:<br>TUESDAY, FEBRUARY 25, 2020 |

The Court has considered Plaintiffs' Stipulated Motion to File Papers Under Seal, and hereby finds: Documents identified in Plaintiffs' Motion may be sealed pursuant to Local Rule CR 5(g), and such records should not be subject to public disclosure. The public disclosure of these documents would be contrary to these state laws, but would serve no public purpose or benefit.

It is hereby ORDERED:

The following documents shall be placed under court seal, and shall not be disclosed to the public absent further order of the Court:

ORDER GRANTING PLAINTIFFS' STIPULATED
MOTION TO FILE UNDER SEAL - 1
Case: 19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ᐧ Fax: (206) 957-0729

1. Declarations with detailed and identifying information about Disability Rights Washington (DRW) constituents C.D., J.D., S.C. and E.D.L.S.;

2. Excerpted case management records for DRW constituents C.D., J.D., and E.D.L.S., (Kas Decl., Exhs. 1-3);

3. Assessment and correspondence discussing details about C.D.'s support needs (Davis Decl. Exhs. 1-2);

4. Emails discussing details about DRW constituent E.D.L.S.'s support needs (Kas Decl. Exh. 4; Tracy Decl. Exhs. 1-5);

5. Mental health related order and evaluation for DRW constituent E.D.L.S. (Stovern Decl. Exhs. 1-2).

SO ORDERED this 4th, day of March, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Susan Kas*
Susan Kas, WSBA #36592
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: susank@dr-wa.org

**PAUKERT & TROPPMANN, PLLC**

*/s/ Andrew Biviano*
Andrew Biviano, WSBA # 38086
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Tel. (509) 232-7760; Fax (509) 232-7762
Email: abiviano@pt-law.com

Attorneys for Plaintiffs

ORDER GRANTING PLAINTIFFS' STIPULATED
MOTION TO FILE UNDER SEAL - 2
Case: 19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729