The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. C19-00943-MJP<br><br>STIPULATED BRIEFING SCHEDULE |

The parties have agreed to have the Plaintiffs' Motion for Summary Judgment (Dkt. #95), and Defendants' Motion for Summary Judgment both noted on April 10, 2020. Response briefs and papers for all parties will be filed by April 6, 2020, and reply briefs for all parties will be filed by April 10, 2020.

It is so **ORDERED**.

Dated this 4th day of March, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

STIPULATED BRIEFING SCHEDULE
NO. C19-00943-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Presented by:

ROBERT W. FERGUSON
Attorney General

    s/ Kathryn M. Krieger
NISSA IVERSEN, WSBA No. 46708
KATHRYN M. KRIEGER, WSBA No. 47037
JEFFREY GRANT, WSBA No. 11046
Assistant Attorneys General
Attorneys for Defendants

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657
E-mail:  Nissa.Iversen@atg.wa.gov
          Kathryn.Krieger@atg.wa.gov
          Jeffrey.Grant@atg.wa.gov

Agreed as to form:

**DISABILITY RIGHTS WASHINGTON**

    s/ Susan Kas
SARAH EATON, WSBA No. 46854
SUSAN KAS, WSBA No. 36592
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: sarahe@dr-wa.org

**PAUKERT & TROPPMANN, PLLC**

    *s/Andrew Bibivano*
ANDREW BIVIANO, WSBA No. 38086
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Tel. (509) 232-7760; Fax (509) 232-7762
Email: abiviano@pt-law.com

Attorneys for Plaintiffs

STIPULATED BRIEFING SCHEDULE
NO. C19-00943-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565