The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SHAWN MURINKO and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. C19-00943-MJP<br><br>ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL |

The Court has considered the Parties' Joint Motion to File Documents Under Seal. The Court finds, therefore, that the documents identified in the Joint Motion may be filed under seal pursuant to Local Rule CR 5(g), and such records should not be subject to public disclosure. The public disclosure of these documents would be contrary to these state laws, but would serve no public purpose or benefit. It is, therefore,

ORDERED:

The Joint Motion is GRANTED and the following documents shall be filed and placed under court seal, and shall not be disclosed to the public absent further order of the Court:

ORDER GRANTING JOINT MOTION TO
FILE DOCUMENTSS UNDER SEAL
NO. C19-00943-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1. Second Declaration of Kristine Pederson and all attachments discussing the health information and the health information of Shawn Murinko and DRW constituents A.G., B.B., and J.C.
2. Declaration of Lauren Bertagna and all attachments discussing the health information of DRW constituent S.C.
3. Declaration of Scott Crimin and all attachments discussing the health information of DRW constituents E.D.L.S., M.H., R.B., J.D., C.D., and P.H.

Dated this 18th day of March, 2020.

*signature*

Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Nissa Iversen*
NISSA IVERSEN, WSBA No. 46708
KATHRYN M. KRIEGER, WSBA No. 47037
JEFFREY GRANT, WSBA No. 11046
Assistant Attorneys General
Attorneys for Defendants

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657
E-mail: Nissa.Iversen@atg.wa.gov
Kathryn.Krieger@atg.wa.gov
Jeffrey.Grant@atg.wa.gov

DISABILITY RIGHTS WASHINGTON

ORDER GRANTING JOINT MOTION TO FILE DOCUMENTSS UNDER SEAL
NO. C19-00943-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| | |
|---|---|
| 1 | |
| 2 | *s/Susan Kas* |
| | SARAH EATON, WSBA No. 46854 |
| 3 | SUSAN KAS, WSBA No. 36592 |
| | 315 – 5th Avenue South, Suite 850 |
| 4 | Seattle, WA 98104 |
| | Tel. (206) 324-1521; Fax (206) 957-0729 |
| 5 | Email: sarahe@dr-wa.org |
| 6 | |
| 7 | PAUKERT & TROPPMANN, PLLC |
| 8 | *s/Andrew Biviano* |
| | ANDREW BIVIANO, WSBA No. 38086 |
| 9 | 522 W. Riverside Avenue, Suite 560 |
| | Spokane, WA 99201 |
| 10 | Tel. (509) 232-7760; Fax (509) 232-7762 |
| | Email: abiviano@pt-law.com |
| 11 | |
| 12 | Attorneys for Plaintiffs |

ORDER GRANTING JOINT MOTION TO
FILE DOCUMENTSS UNDER SEAL
NO. C19-00943-MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565