The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. C19-00943-MJP<br><br>ORDER GRANTING THE PARTIES' FOURTH JOINT MOTION TO PARTIALLY MODIFY ORDER SETTING TRIAL DATE & RELATED DATES |

This Court has considered the Parties' Fourth Joint Motion to Partially Modify Order Setting Trial Date & Related Dates, their proposed form of Order, and the records on file. It is, therefore,

ORDERED that the Parties' Third Joint Motion to Partially Modify Order Setting Trial Date & Related Dates is GRANTED. It is further

/ / /

/ / /

/ / /

ORDER GRANTING THE PARTIES'
FOURTH JOINT MOTION TO
PARTIALLY MODIFY ORDER SETTING
TRIAL DATE & RELATED DATES
NO. C19-00943-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

ORDERED that this Court's May 19, 2020 Third Amended Order Setting Trial Date & Related Dates (Dkt. No. 142) is amended as set forth in the attached Fourth Amended Order Setting Trial Date & Related Dates.

Dated this 8th day of June, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/Nissa Iversen*
NISSA IVERSEN, WSBA No. 46708
KATHRYN M. KRIEGER, WSBA No. 47037
JEFFREY GRANT, WSBA No. 11046
Assistant Attorneys General
Attorneys for Defendants

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657
E-mail:  Nissa.Iversen@atg.wa.gov
         Kathryn.Krieger@atg.wa.gov
         Jeffrey.Grant@atg.wa.gov

ORDER GRANTING THE PARTIES'
FOURTH JOINT MOTION TO
PARTIALLY MODIFY ORDER SETTING
TRIAL DATE & RELATED DATES
NO. C19-00943-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565