The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO, and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, SUE BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. 19-cv-00943-MJP<br><br>ORDER TO STAY PROCEEDINGS FOR 90 DAYS AND STRIKE THE TRIAL DATE |

This matter came before the Court upon the Parties' joint motion to stay all proceedings in this case for ninety days while the Parties continue negotiations on a Settlement Agreement. Based on the foregoing joint motion, it is so ORDERED that the trial date is stricken and all further proceedings in this matter are stayed for ninety days. The Parties are ORDERED to file their settlement agreement or a joint status report within 90 days of the date of this Order.

//

//

//

ORDER TO STAY PROCEEDINGS FOR 90 DAYS AND STRIKE THE TRIAL DATE-1
19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

SIGNED and ENTERED this 19th day of June, 2020.

_____
Marsha J. Pechman
United States District Judge

ORDER TO STAY PROCEEDINGS FOR 90 DAYS AND
STRIKE THE TRIAL DATE-2
19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ᛫ Fax: (206) 957-0729