The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN MURINKO, and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services, SUE BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. 19-cv-00943-MJP<br><br>ORDER STRIKING TRIAL AND RELATED DATES, RETAINING JURSIDCTION TO ENFORCE AGREED ORDER AND SETTLEMENT, AND ADMINSTRATIVELY CLOSING CASE |

**ORDER**

The Court has considered the Parties' Joint Status Report Regarding Settlement and Stipulated Motion to Retain Jurisdiction to Enforce Agreed Order and Settlement and Administratively Close Case. Based on the parties' stipulated motion and attached agreement, this Court hereby orders:

1. Trial and all related dates set forth in Dkt. No. 145 are stricken.

2. This Court shall retain jurisdiction over this action for purposes of enforcing the terms of the Agreed Order and Settlement.

ORDER STRIKING TRIAL AND RELATED DATES, RETAINING JURISDICTION TO ENFORCE AGREED ORDER AND SETTLEMENT AND ADMINISTRATIVELY CLOSING CASE- 1
Case: 19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  •  Fax: (206) 957-0729

3. The case is stayed and administratively closed, subject to a motion to lift the stay in order to enforce compliance with any provision of the Agreed Order and Settlement.

IT IS SO ORDERED this 18th day of September 2020.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented By:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Sarah Eaton*
Sarah Eaton, WSBA #
Susan Kas, WSBA #36592
315 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: sarahe@dr-wa.org
  susank@dr-wa.org

**PAUKERT & TROPPMANN, PLLC**

*/s/ Andrew Biviano*
Andrew Biviano, WSBA # 38086
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Tel. (509) 232-7760; Fax (509) 232-7762
Email: abiviano@pt-law.com

Attorneys for Plaintiffs

ORDER STRIKING TRIAL AND RELATED DATES, RETAINING JURISDICTION TO ENFORCE AGREED ORDER AND SETTLEMENT AND ADMINISTRATIVELY CLOSING CASE- 2
Case: 19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

1 | **ROBERT W. FERGUSON**
Attorney General
2 |
3 | /s/ Nissa Iversen
Nissa Iversen, WSBA No. 46708
4 | Kathryn M. Krieger, WSBA No. 47037
Jeffrey Grant, WSBA No. 11046
5 | Assistant Attorneys General
Attorneys for Defendants
6 |
7 | Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
8 | Olympia, WA 98504-0124
Tel.(360) 586-6565; Fax: (360) 586-6657
9 | E-mail: Nissa.Iversen@atg.wa.gov;
   Kathryn.Krieger@atg.wa.gov
10 |   Jeffrey.Grant@atg.wa.gov
11 | Attorneys for Defendants

ORDER STRIKING TRIAL AND RELATED DATES, RETAINING JURISDICTION TO ENFORCE AGREED ORDER AND SETTLEMENT AND ADMINISTRATIVELY CLOSING CASE- 3
Case: 19-cv-00943-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 • Fax: (206) 957-0729